**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Benjy Neil ALLUMS, Defendant–Appellant.**

No. 05–13944

Non–Argument Calendar.

D.C. Docket No. 05–00024–CR–3–LAC–004.

United States Court of Appeals, Eleventh Circuit.

Feb. 7, 2006.

Patrick Jackson, Pensacola, FL, for Appellant.

Edwin F. Knight, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Appellee.

Before CARNES, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Patrick L. Jackson, appointed counsel for Benjy Neil Allums, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Allums's conviction and sentence are AFFIRMED.